IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MOURAD CHAMICH,**
**ALIEN # A72-558-467,**

    **Petitioner,**

vs.                                      Case No. 4:08cv68-MP/WCS

**MICHAEL B. MUKASEY,**
**ATTORNEY GENERAL OF THE**
**UNITED STATES, et al.,**

    **Respondents.**

_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding *pro se*, filed a petition seeking a writ of habeas corpus under § 2241, doc. 1, on February 12, 2008. When Petitioner initiated this case, he was housed at the Wakulla County Jail in Crawfordville, Florida. *Id.* Petitioner alleged he was a native of Morocco, had been in detention for more than seven months, and claimed that Respondents were unable to effect his removal, yet would not release him. *Id.*, at 2. Petitioner did not challenge the validity of the removal order, only his indefinite detention under Zadvydas v. Davis, 533 U.S. 678 (2001). *Id.,* at 6. Service was directed, doc. 5, and on April 17, 2008, Respondents filed a motion to dismiss. Doc. 15.

Respondents advise that Petitioner was "removed from the United States to Casablanca, Morocco on April 9, 2008, and, thus, this case is moot." Doc. 15, p. 1. Because Petitioner has been released, this case should be dismissed as there is nothing left for this Court to remedy. *Id.*, at 1-2. Respondents do not provide an address for Petitioner in Morocco, *Id.*, at 3, but have provided proof of Petitioner's departure. Doc. 15, ex. 1.

In light of the uncontested assertion by Respondents, it is respectfully **RECOMMENDED** that the § 2241 petition filed by Petitioner Mourad Chamich be **DISMISSED as moot** since it appears he has been released from detention and removed to his native country of Morocco.

**IN CHAMBERS** at Tallahassee, Florida, on April 21, 2008.


    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**