IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MOURAD CHAMICH,

      Petitioner,

v.                                      CASE NO. 4:08-cv-00068-MP-WCS

MICHAEL CHERTOFF,
DEPARTMENT OF HOMELAND SECURITY,
JARED MILLER,
MICHAEL B MUKASEY,
MICHAEL ROZOS,

      Respondents.

_____/

## O R D E R

      This matter is before the Court on Doc. 16, Report and Recommendation of the

Magistrate Judge, recommending that the § 2241 petition filed by  Petitioner be dismissed as

moot since it appears he has been released from detention and removed to his native county of

Morocco.  The time for filing objections has passed, and none have been filed.   Indeed, the

Report and Recommendation and a subsequent order were returned as undeliverable, see Docs.

18, 19.  Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

    1.      The Report and Recommendation of the Magistrate Judge is adopted and
incorporated herein.

    2.      This case is dismissed as moot, and the Clerk is directed to close the file.

      **DONE AND ORDERED** this _1st_ day of December, 2008



      *s/Maurice M. Paul*
      Maurice M. Paul, Senior District Judge